UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO.: 1:18-cv-45-MW-GRJ

MAURICETTE P. MIZZI,

    Plaintiff,

vs.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.
    _____/

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order of March 15, 2018, file their Joint Status Report. Defendant has a motion pending before this Court for a medical exam of the Plaintiff. Plaintiff has filed a response to Defendant's motion pursuant to her Motion for Remand, also pending before this Court. The majority of necessary discovery was previously conducted at the State Court level, prior to removal. Said discovery included requests for production, subpoenas to non-parties for production, interrogatories and the deposition of Plaintiff.

Respectfully submitted this 14th day of June, 2018.

| ROBINSON, KENNON & KENDRON, P.A. | BOYD & JENERETTE, P.A. |
|---|---|
| /s/ *Jennifer C. Biewend* | /s/ *Billie Jo Taylor* |
| **JENNIFER C. BIEWEND** | **BILLIE JO TAYLOR** |
| Florida Bar No.: 877441 | Florida Bar No.: 057613 |
| 582 W. Duval Street | 201 North Hogan St. Ste. 400 |
| Lake City, FL 32056-1178 | Jacksonville, FL 32202 |
| Telephone: 386-755-1334 | Telephone: 904-353-6241 |
| Facsimile: 386-755-1336 | Facsimile: 904-353-2863 |
| Email: jcb@rkkattorneys.com | Email: efiling@boydjen.com |
| Email: snb@rkkattorneys.com | Attorneys for Defendant |

1